*E-FILED 07-29-2010*

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  ZACHARY HALLSTROM              )   CASE NO.: 5:10-cv-02864-HRL
                                   )
12              Plaintiff(s),      )
                                   )   **ORDER TO TO EXTEND THE**
13  v.                             )   **TIME IN WHICH DEFENDANTS**
                                   )   **SUNTIGER, INC. MUST RESPOND**
14  EAGLE EYES OPTICS, INC.;       )   **TO PLAINTIFF'S COMPLAINT**
    SUNTIGER, INC.; and DOES 1-250,)
15  inclusive,                     )
                                   )
16              Defendant(s).      )
    _____)

17      Pursuant to the Stipulation to Extend the Time in which Defendant

18  Suntiger, Inc., doing business as Eagle Eyes Optics, erroneously sued as "Eagle

19  Eyes Optics, Inc.; Suntiger, Inc." ("Suntiger"), must Respond to Plaintiff's

20  Complaint, it is

21      HEREBY ORDERED:

22      That the Stipulation is APPROVED, and that Defendant Suntiger shall

23  have until August 23, 2010 to answer, move, or otherwise respond to the

24  Complaint.  **The initial case management conference set for September 14, 2010 is continued
    to October 5, 2010, 1:30 p.m.**

25  DATED __ July 29, 2010          UNITED STATES DISTRICT COURT

26                                  _____

27                                  Honorable Howard R. Lloyd, presiding
                                    UNITED STATES MAGISTRATE JUDGE

28  I:\20315\Lit. Hallstrom v. Eagle Eyes\Order re Stipulation and Joint Motion to Extend Time for Suntiger.wpd

- 1 -

**ORDER REGARDING SUNTIGER'S EXTENSION TIME TO RESPOND**