*E-FILED 09-29-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZACHARY HALLSTROM,<br><br>    Plaintiff,<br><br>  v.<br><br>EAGLE EYES OPTICS, INC.; SUNTIGER, INC.,<br><br>    Defendants.<br>_____/ | No. C10-02864 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

On September 8, 2010, plaintiff filed a Notice of Settlement, advising that the parties had reached a full settlement. Thus, all trial and pretrial dates have been vacated. Plaintiff further indicated that a dismissal of the entire action would likely be filed within ten days of the Notice of Settlement. To date, however, no dismissal has been filed. Accordingly,

**On or before October 29, 2010**, plaintiff shall file a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **November 16, 2010, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than November 9, 2010**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time,

1  if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is
2  filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties
3  need not file a joint statement in response to this Order.

4  Dated:   September 29, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-02864-HRL Notice has been electronically mailed to:

2  Roger E. Borg    Rborg@calljensen.com

3  Scott J. Ferrell    sferrell@trialnewport.com, lberger@trialnewport.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.